Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Alyssa | | Mabry |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF MISSISSIPPI

Case number (if known): 23-10733

☒ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

    ☒ No. Go to Part 2.
    ☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☒ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **ABB Optical Group** Nonpriority Creditor's Name PO box 631250 Cincinnati, OH 45263-1250 Number Street City State Zip Code | Last 4 digits of account number _____ When was the debt incurred? | $5,820.43 |

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **business debt**

Debtor 1  Alyssa Mabry                                                    Case number (if known) 23-10733

| 4.2 | **American Express** | Last 4 digits of account number _____ | $2,886.48 |

Nonpriority Creditor's Name
PO Box 981535
El Paso, TX 79998-1535
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  business debt

---

| 4.3 | **Baker Jones Media** | Last 4 digits of account number _____ | $1,875.00 |

Nonpriority Creditor's Name
3571 JJ Ranch Rd
Senatobia, MS 38668
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  business debt

---

| 4.4 | **Baptist - Desoto** | Last 4 digits of account number  multiple accounts | $37,850.23 |

Nonpriority Creditor's Name
7601 Southcrest Parkway
Southaven, MS 38671
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  medical bills

Debtor 1  **Alyssa Mabry**   Case number (if known) **23-10733**

---

**4.5**  **Benjamin T. Hubbard, OD**
Nonpriority Creditor's Name
c/o Sharon Andrews
2086 Old Taylor Rd
Ste 1022
Oxford, MS 38655
Number Street City State Zip Code

Last 4 digits of account number _____    $150,000.00

When was the debt incurred?  **8/2020**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt. Promissory note for purchase of business**

---

**4.6**  **BPI Inc.**
Nonpriority Creditor's Name
PO Box 559501
Miami, FL 33255-9501
Number Street City State Zip Code

Last 4 digits of account number _____    $343.54

When was the debt incurred? _____

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **business debt**

---

**4.7**  **Charmant USA**
Nonpriority Creditor's Name
PO Box 358048
Pittsburgh, PA 15251-5048
Number Street City State Zip Code

Last 4 digits of account number _____    $1,247.75

When was the debt incurred? _____

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **business debt**

---

Debtor 1  **Alyssa Mabry**  Case number (if known) 23-10733

### 4.8 Chase/Amazon
Nonpriority Creditor's Name
Correspondence Dept.
PO BOX 15298
Wilmington, DE 19850-5298
Number Street City State Zip Code

Last 4 digits of account number _____    $3,848.53

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit card purchases**

### 4.9 Comenity Bank - Bankruptcy Notices
Nonpriority Creditor's Name
Attn: Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218-2125
Number Street City State Zip Code

Last 4 digits of account number _____    $1,294.54

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit card purchases**

### 4.10 Continental Optical
Nonpriority Creditor's Name
3651 West Irving Park Rd
Chicago, IL 60618
Number Street City State Zip Code

Last 4 digits of account number _____    $3,452.54

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **business debt**

Debtor 1  **Alyssa Mabry**                                    Case number (if known)  **23-10733**

### 4.1.1 Desoto Ear, Nose And Throat — $329.00

Nonpriority Creditor's Name
7164 Hacks Cross Rd, Ste 106
Olive Branch, MS 38654
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number ____
When was the debt incurred? ____
As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **medical**

### 4.1.2 ECSI — $28,000.00

Nonpriority Creditor's Name
1200 Cherrington Parkway
Ste 200
Coraopolis, PA 15108
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number ____
When was the debt incurred? ____
As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **private student loans**

### 4.1.3 Fairway Optical Products, Inc — $332.63

Nonpriority Creditor's Name
PO Box 5366
Kansas City, MO 64131
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number ____
When was the debt incurred? ____
As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **business debt**

Debtor 1  Alyssa Mabry                                   Case number (if known)  23-10733

---

| 4.14 | **Focus Laboratories** | Last 4 digits of account number  1849 | $30.45 |

Nonpriority Creditor's Name
PO Box 13454
Maumelle, AR 72113
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt    ☐ Student loans
                                   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Is the claim subject to offset?
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify  business debt

---

| 4.15 | **Goldman Sachs Bank USA** | Last 4 digits of account number | $4,633.31 |

Nonpriority Creditor's Name
PO Box 45400
Salt Lake City, UT 84145-0400
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt    ☐ Student loans
                                   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Is the claim subject to offset?
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify  Credit card purchases

---

| 4.16 | **Imagewear** | Last 4 digits of account number | $183.55 |

Nonpriority Creditor's Name
801 12th Avenue North
Minneapolis, MN 55411
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt    ☐ Student loans
                                   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Is the claim subject to offset?
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify  business debt

---

Debtor 1  **Alyssa Mabry**     Case number (if known) **23-10733**

---

**4.17**  **Methodist LeBonHeur Healthcare**     $4,670.33
Nonpriority Creditor's Name
1211 Union Ave Ste 700
Memphis, TN 38104
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical**

---

**4.18**  **Mississippi Department Of Revenue**     $2,932.62
Nonpriority Creditor's Name
Bankruptcy Division
P.O. Box 22808
Jackson, MS 39225
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **business withholding tax**

---

**4.19**  **Optos, Inc**     $37,963.19
Nonpriority Creditor's Name
PO Box 370079
Boston, MA 02241-0079
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **business debt**

---

Debtor 1  Alyssa Mabry                                   Case number (if known)  23-10733

---

**4.20**

**PECAA**
Nonpriority Creditor's Name
PO Box 631638
Cincinnati, OH 45263-1638
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  244

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  business debt

$3,149.40

---

**4.21**

**Pediatric Anesth PA**
Nonpriority Creditor's Name
PO Box 5099
Memphis, TN 38101
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  medical

$111.38

---

**4.22**

**Phil Pinstein**
Nonpriority Creditor's Name
200 Grove Park
Memphis, TN 38117
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  back rent owed for commercial building

$2,320.00

---

Debtor 1  **Alyssa Mabry**  Case number (if known) **23-10733**

---

**4.2 3**

**Planters Bank**
Nonpriority Creditor's Name
c/o Merkel & Cocke
PO Box 1388
Clarksdale, MS 38614-1388
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **business debt**

$39,404.32

---

**4.2 4**

**Practical Systems Inc**
Nonpriority Creditor's Name
11617 Prospect Rd
Odessa, FL 33556
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **business debt**

$74.10

---

**4.2 5**

**Southern Optical**
Nonpriority Creditor's Name
PO Box 815519
Dallas, TX 75381-5519
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **business debt**

$11,424.98

---

Debtor 1  Alyssa Mabry                                         Case number (if known)  23-10733

### 4.26  Sycamore Bank
Nonpriority Creditor's Name
PO Box 96
Senatobia, MS 38668-0096
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  5916

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  overdraft account

$500.00

### 4.27  The McGee Group
Nonpriority Creditor's Name
510 Commerce Prk Dr, SE
Marietta, GA 30060
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  business debt

$666.87

### 4.28  U.S. Department Of Education
Nonpriority Creditor's Name
61 Forsyth St SW Ste 19T40
Atlanta, GA 30303-8919
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify       student loans

$180,000.00

Debtor 1  **Alyssa Mabry**  Case number (if known)  **23-10733**

| 4.29 | VSPOne Dallas | Last 4 digits of account number **0250** | **$5,618.12** |

Nonpriority Creditor's Name
P.O. Box 845519
Dallas, TX 75284-5519
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **business debt**

Is the claim subject to offset?
☒ No
☐ Yes

| 4.30 | Will Hancock Pest Service | Last 4 digits of account number | **$159.80** |

Nonpriority Creditor's Name
500 Walhill Rd
Coldwater, MS 38618
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **business debt**

Is the claim subject to offset?
☒ No
☐ Yes

**Part 3:  List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Imagewear**
**SDS 12-1084**
**PO Box 86**
**Minneapolis, MN 55486**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Methodist LebonHeur Healthcare**
**PO Box 734181**
**Dallas, TX 75373-4184**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Mississippi Dept. of Revenue**
**c/o Attorney General's Office**
**PO Box 220**
**Jackson, MS 39205**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Office Of U.S. Attorney**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims

Debtor 1  Alyssa Mabry

Case number (if known) 23-10733

**U.S. Department Of Education**
900 Jefferson Ave
Oxford, MS 38655-3608

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**Optos**
500 Nicherson Rd, Ste 201
Marlborough, MA 01752

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**Planters Bank**
PO Box 1627
Batesville, MS 38606

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**U.S. Department Of Education**
FedLoan Servicing
PO Box 69184
Harrisburg, PA 17106-9184

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**U.S. Department of Education**
400 Maryland Avenue, SW
Washington, DC 20202

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**U.S. Department of Education**
PO Box 5609
Greenville, TX 75403-5609

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**William B. Palmertree**
P.O. Box 969
Hernando, MS 38632

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | Total Claim |
|---|---|---|---|
| 6a. | Domestic support obligations | 6a. $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. $ | 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| 6e. | Total Priority. Add lines 6a through 6d. | 6e. $ | 0.00 |

**Total claims from Part 2**

| | | | Total Claim |
|---|---|---|---|
| 6f. | Student loans | 6f. $ | 180,000.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 351,123.09 |
| 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. $ | 531,123.09 |

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 12 of 12

## AMENDED CREDITOR MATRIX

VSPOne Dallas
P.O. Box 845519
Dallas, TX 75284-5519

CLF 156 (Rev. 12/2020)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: ALYSSA MABRY

CASE NO. 23-10733 JDW

DEBTOR(S)

CHAPTER: 7

TO:  AFFECTED CREDITORS:  VSPOne Dallas
P.O. Box 845519
Dallas, TX  75284-5519

CASE TRUSTEE:  Locke D. Barkley, Ecf_lbarkley13@barkley13.com

U. S. TRUSTEE  USTPRegion05.AB.ECF@usdoj.gov

### NOTICE TO ADDED CREDITOR(S), TRUSTEE AND U.S. TRUSTEE

PLEASE TAKE NOTICE that an amendment to the bankruptcy **matrix and/or schedules** to add one or more additional creditors has been filed by the debtor(s), and said amendment lists the creditor(s) noticed hereby as an additional creditor in the above captioned bankruptcy case.

Within **21 days** from the date of this notice, each added creditor has the right to request of the U. S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201, an adjourned §341(a) creditors' meeting if the added creditor wishes to examine the debtor(s) under oath. (See copy of original §341 meeting notice attached.)

Each added creditor has **60 days** from the date of this notice to file a complaint objecting to the discharge of the debtor(s), or a complaint to determine the dischargeability of a debt, or to file a motion requesting an extension of time to file such a complaint, unless a longer period of time is provided by the Federal Rules of Bankruptcy Procedure.

If this is a **Chapter 7, 12 or 13** case and the attached §341 meeting notice contains a Proof of Claim deadline, as an added creditor you have **70 days** from the date of this notice to file a Proof of Claim. However, if this is a **Chapter 7** case and the notice contains language "Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So", then, you do not need to file a claim at this time.

If this is a **Chapter 11** case, you have the right to file a proof of claim by the bar date indicated on the attached §341 meeting notice or **30 days** from the date of this notice, whichever is later.

PLEASE TAKE NOTICE ALSO that the undersigned debtor(s) or attorney for debtor(s) is required to send a copy of the amended matrix and/or schedule(s) to each added creditor.

_____
DEBTOR(S) OR ATTORNEY FOR DEBTOR(S)

### CERTIFICATE OF SERVICE

The undersigned Debtor(s) or Attorney for Debtor(s), do hereby certify that I have this date mailed a true and correct copy of the above Notice to Added Creditor(s), a copy of the §341 Meeting of Creditors Notice, and Amended Matrix and/or Amended Schedule(s) to the affected creditor(s) at the address listed above. The case trustee (if applicable) and U. S. Trustee were mailed true and correct copies (or served by NEF via the CM/ECF system).

Date: MAY 2, 2023

_____
Signature of Debtor(s) or Attorney for Debtor(s)
Robert H. Lomenick, Jr. MSB #104186
P.O. Box 417, Holly Springs, MS  38635
(662) 252-3224/robert@northmsbankruptcy.com

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Alyssa Mabry | Social Security number or ITIN: | xxx-xx-4949 |
| | First Name  Middle Name  Last Name | EIN: | __-_____ |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: EIN: | ____ __-_____ |
| United States Bankruptcy Court: | Northern District of Mississippi | Date case filed for chapter: | 7    3/9/23 |
| Case number: | 23-10733-JDW | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**    10/20

---

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Alyssa Mabry | |
| 2. | All other names used in the last 8 years | fdba 20twenty vision LLC, fdba Tate County Vision Center | |
| 3. | Address | 1879 Blue Goose Rd Sarah, MS 38665 | |
| 4. | Debtor's attorney Name and address | Robert Hudson Lomenick Jr. P.O. Box 417 Holly Springs, MS 38635 | Contact phone 662-252-3224 |
| 5. | Bankruptcy trustee Name and address | William Fava Chapter 7 Trustee Post Office Box 783 Southaven, MS 38671 | Contact phone 662-536-1116 |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline    page 1

Case 23-10733-JDW   Doc 5   Filed 03/09/23   Entered 03/09/23 22:00:39   Desc Ch 7
First Mtg I/J No POC   Page 2 of 2

Debtor **Alyssa Mabry**                                                    Case number 23-10733-JDW

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Cochran U.S. Bankruptcy Courthouse<br>703 Highway 145 North<br>Aberdeen, MS 39730 | Hours open:<br>8:00 a.m. – 5:00 p.m., Monday through Friday<br><br>Contact phone 662-369-2596<br><br>Date: 3/9/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | April 7, 2023 at 01:30 PM<br><br>**By Telephone**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>Phone Number: 877-985-2448,<br>Access Code: 4892659# |
| | Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting. | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:<br><br>You must file a complaint:<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>You must file a motion:<br>• If you assert that the discharge should be denied under § 727(a)(8) or (9). | Filing deadline: 6/6/23 |
| | Deadline to object to exemptions:<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline: 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline                page 2

Case 23-10733-JDW    Doc 11    Filed 04/11/23    Entered 04/11/23 11:07:45    Desc Main
Document    Page 1 of 1

ATTACHMENT IV

PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 § 341 MEETING
DATE <u>04/07/2023</u>

IN RE: ALYSSA MABRY                                CASE NO. 23-10733-JDW

APPEARANCES:
(X) DEBTOR 1                                    ( ) DEBTOR 2 (Spouse in Joint Cases)
   (X) Required picture I.D. produced              ( ) Required Picture I.D. produced
   (X) Required SSN verification produced          ( ) Required SSN verification produced
   ( ) Pay advices receive                         ( ) Pay advices received

Credit counseling certificate ( ) filed ( ) not filed

Tax returns received for _____ (years) on _____

Financial Documents were ( ) retained by trustee ( ) returned to debtor(s)

( ) DEBTOR'S REPRESENTATIVE
(X) ATTORNEY FOR DEBTOR(S):   Robert Lomenick
( ) DEBTOR(S) APPEARED PRO SE

   YES ( ) NO ( )   If Pro Se, did anyone assist with preparation?
   YES ( ) NO ( )   If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:
   ( ) HELD
   ( ) NOT HELD
   (X) NOT CONCLUDED AND IS CONTINUED TO THE 5
   DAY OF May 20 23 AT 11:30 O'CLOCK A M.

YES( ) NO( ) Attorney for debtor filed statement of compensation pursuant to 11 U.S.C§329.
CREDITOR (s) _____

DEBTOR (s) REQUIRED TO:
   ( ) AMEND Schedules and Statements within _____ days of 341 (a) Meeting.
   ( ) OTHER: _____

In accordance with Rule 6007, FRNP, the trustee announced an intention to abandon any interest in:
_____

ADDITIONAL NOTES: Trustee needs info regarding - 2021 Schedule C depreciation of $45,000 (line 13), Mortgage Interest (line 16 A+B), Purchases for Personal Use $108,000 (line 36)

DATED: 11 April 2023      TRUSTEE _____
Track # 43 _____ or Tape # _____ Side _____ Counter Start # _____